City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. James Cadillac Thomas, Defendant-Appellant.

Gen. No. 51,565. (Abstract of Decision.)

First District, First Division.
January 15, 1968.
Rehearing denied January 29, 1968.

Daniel D. Glasser and Helmut Eifert, of Chicago, for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Marvin E. Aspen, Sydney R. Drebin, Marsile J. Hughes, and Joseph N. Lascaro, Assistant Corporation Counsel, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.